[No. 5580–9–III.  Division Three.  September 20, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. KAMAL
Z. AL–AMIR, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 82–1–00112–8, Yancey Reser, J., entered
December 21, 1982. *Reversed* by unpublished per curiam
opinion.

[No. 5634–1–III.  Division Three.  September 20, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
A. KEYS, *Appellant.*

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 82–1–00656–0, Howard Hettinger, J.,
entered January 14, 1983. *Affirmed* by unpublished opinion
per Munson, C.J., concurred in by McInturff and Thomp-
son, JJ.

[No. 5737–2–III.  Division Three.  September 20, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY
CHARLES WILLIAMS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Ste-
vens County, No. 23874, Sidney R. Buckley, J., entered
March 29, 1983. *Affirmed in part* and *remanded* by unpub-
lished opinion per Thompson, J., concurred in by Munson,
C.J., and McInturff, J.